

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Britney Brands, Inc.** |
| Bankruptcy Case: | **Revlon, Inc.** |
| Preference Period: | **Mar 17, 2022 - Jun 15, 2022** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Elizabeth Arden, Inc. | Elizabeth Arden, Inc. | 105227 | $427,500.00 | 5/16/2022 | Q1 2022E | 5/10/2022 | $142,500.00 |
| Elizabeth Arden, Inc. | Elizabeth Arden, Inc. | 105227 | $427,500.00 | 5/16/2022 | Q1 2022D | 5/10/2022 | $142,500.00 |
| Elizabeth Arden, Inc. | Elizabeth Arden, Inc. | 105227 | $427,500.00 | 5/16/2022 | Q1 2022C | 5/10/2022 | $142,500.00 |
| Elizabeth Arden, Inc. | Elizabeth Arden, Inc. | 105189 | $285,000.00 | 5/11/2022 | Q1 2022B | 5/10/2022 | $142,500.00 |
| Elizabeth Arden, Inc. | Elizabeth Arden, Inc. | 105189 | $285,000.00 | 5/11/2022 | Q1 2022 A | 5/10/2022 | $142,500.00 |

**Totals:**     **2 transfer(s),**     **$712,500.00**